PAID $75.00

pro hac
vice  9500000 3659
Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 12-81054-CIV-ROSENBAUM/HUNT

LYDIA AIELLO,

       **Plaintiff,**

v.

POLLACK & ROSEN, P.A.; and

DOE 1-5

       **Defendants.**

_____ /

FILED BY _____ D.C.

MAR 0 4 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### MOTION TO APPEAR PRO HAC VICE,
### CONSENT TO DESIGNATION, AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission pro hac vice of Robert Amador, Esquire of the

law firm of Centennial Law Offices, 9452 Telephone Rd., Ventura, CA 93004, (888) 308-1119,

ext. 11, for purposes of appearance as cocounsel on behalf of LYDIA AIELLO in the above-

styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit

Robert Amador,  Esquire to receive electronic filings in this case, and in support thereof states as

follows:

1. ROBERT AMADOR is not admitted to practice in the Southern District of Florida and is a

    member in good standing of the California State Bar, U.S. District Court for the District of

    Colorado, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the

    Northern District of Florida, and U.S. District Court for the Western District of New York.

2. Movant, Brooke Terpening, Esquire, of counsel to the law firm of Lenamon Law, PLLC, 100 N. Biscayne Blvd., Suite 3070, Miami, FL 33132, and of counsel to the law firm of Centennial Law Offices, 9452 Telephone Rd. 156, Ventura, CA. 93004, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains a license in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Robert Amador, Esq. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Robert Amador, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert Amador, Esquire at email address: r.amador@centenniallawoffices.com.

WHEREFORE, Brooke Terpening, Esquire, moves this Court to enter an Order allowing Robert Amador, Esquire, to appear before this Court on behalf of Lydia Aiello, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of notice of electronic filings to Robert Amador.

Date: February 28, 2013

Respectfully submitted,

Brooke Terpening, Esquire
Fla. Bar. 59574
B.Terpening@centennaillawoffices.com
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
T. (888)308-1119 ext. 130
F. (888)535-8267
*Attorney for Lydia Aiello*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No:  12-81054-CIV-ROSENBAUM/HUNT

**LYDIA AIELLO,**

       **Plaintiff,**

**v.**

**POLLACK & ROSEN, P.A.; and**

**DOE 1-5**

       **Defendants.**

_____ /

### CERTIFICATION OF ROBERT AMADOR, ESQUIRE

Robert Amador, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of Bar of the State of California, U.S. District Court for the District of Colorado, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Northern District of Florida, and the U.S. District Court for the Western District of New York.


_____
Robert Amador, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No: 12-81054-CIV-ROSENBAUM/HUNT

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro

Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic

Filings was served by U.S. Mail on February 28, 2013, on all counsel or parties of record on the

service list.

Brooke Terpening, Esquire

### SERVICE LIST

Joel D. Lucoff
806 Douglas Rd., Suite 200
Coral Gables, FL 33134
joell@pollackrosen.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No:  12-81054-CIV-ROSENBAUM/HUNT**

LYDIA AIELLO,
     **Plaintiff,**

v.

**POLLACK & ROSEN, P.A.; and
DOE 1-5**
     **Defendants.**

_____

**ORDER GRANTING MOTION TO APPEAR
PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for

ROBERT AMADOR, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion

and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. ROBERT AMADOR may appear and participate in this

action on behalf of LYDIA AIELLO. The Clerk shall provide electronic notification of all

electronic filings to ROBERT AMADOR at r.amador@centenniallawoffices.com.

DONE AND ORDERED in Chambers at _____, Florida, this

_____day of _____, 2013.


_____
United States District Judge

Copies furnished to: All Counsel of Record