UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81054-CIV-ROSENBAUM

LYDIA AIELLO,

    Plaintiff,

v.

POLLACK & ROSEN, P.A., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion of Robert Amador, Esq., seeking to appear *pro hac vice* as co-counsel for Plaintiff. [D.E. 19]. The Court notes that Mr. Amador has paid a $75.00 fee, which covers *pro hac vice* admission in this case only. Mr. Amador has also certified that he has studied the Local Rules of this Court.

Having considered the Motion and the accompanying Certification of Mr. Amador, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice*. [D.E. 19]. The Clerk shall provide Notices of Electronic Filing in this case to Mr. Amador at ramador@centenniallawoffices.com.

The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial. Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be

prepared to represent Plaintiff adequately at any time, including at trial.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 5th day of March 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATED DISTRICT JUDGE

Copies to:

Counsel of record