UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-81054-Civ- ROSENBAUM/SELZER

**LYDIA AIELLO,**

    **Plaintiff,**

v.

**POLLACK & ROSEN, P.A.; and
DOE 1-5,**

    **Defendant.**

_____

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that plaintiff Lydia Aiello and defendant Pollack & Rosen, P.A. have reached a settlement in the above-captioned case. The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

Date:  June 10, 2013
                                        /s/Brooke Terpening_____
                                        BROOKE TERPENING, ESQ. (FL Bar ID 59574)
                                        B.Terpening@centenniallawoffices.com
                                        Centennial Law Offices
                                        9452 Telephone Rd. 156
                                        Ventura, CA. 93004
                                        (888)308-1119 ext. 130
                                        Attorney for Plaintiff Lydia Aiello

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Pollack & Rosen, P.A.
800 Douglas Road North Tower Ste. 450
Coral Gables, FL. 33143

/s/Brooke Terpening_____
BROOKE TERPENING, ESQ.