UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-81054-Civ- ROSENBAUM/SELZER

**LYDIA AIELLO,**

    **Plaintiff,**

**v.**

**POLLACK & ROSEN, P.A.; and
DOE 1-5,**

    **Defendant.**

_____

### STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE

The parties have reached a settlement. The parties to this stipulation agree that the entire action against all defendants be dismissed with prejudice and without costs to any party.

Date:  July 10, 2013

| | |
|---|---|
| By:   /s/Joel D. Lucoff | By:   /s/Brooke Terpening |
| Joel D. Lucoff | BROOKE TERPENING, ESQ. |
| *Attorney for Defendant* | *Attorney for Plaintiff Lydia Aiello* |
| Fla. Bar No. 192163 | Fla. Bar No. 59574 |
| 806 Douglas Rd., Suite 200 | Centennial Law Offices |
| Coral Gables, FL 33134 | 9452 Telephone Rd. 156 |
| Tel: 305-448-0006 | Ventura, CA. 93004 |
| Fax: 305-569-0101 | (888)308-1119 ext. 130 |
| joell@pollackrosen.com | B.Terpening@centenniallawoffices.com |