UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81054-CIV-ROSENBAUM

LYDIA AIELLO,

    Plaintiff,

v.

POLLACK & ROSEN, P.A., et al.,

    Defendants.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Stipulation to Dismiss Entire Case With Prejudice. [D.E. 27]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Stipulation to Dismiss Entire Case With Prejudice [D.E. 27] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 10th day of July 2013.

                                                      ROBIN S. ROSENBAUM
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record